AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

United States of America )
v. )
) Case No. 10-mj-100-LTS
James Ronald Beaty, a/k/a James Ronald Beatty )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  James Ronald Beaty, a/k/a James Ronald Beatty ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about October 6 and 7, 2010, violating 18 U.S.C. s. 1028A (Aggravated Identity Thet) by knowingly transferring, possessing, and using, without lawful authority, a means of identification of another person during and in relation to an enumerated felony, to wit, access device fraud; 18 U.S.C. s. 1029(b)(1) (Attempt to Violate 18 U.S.C. s. 1029(a)(2)) by knowingly and with intent to defraud attempting to traffic in and use 1 or more unauthorized access devices during any 1-year period, and attempting thereby to obtain things of value worth $1,000 or more, and thereby affecting interstate and foreign commerce; 18 U.S.C. s. 1029(b)(2) (Conspiracy to Violate 18 U.S.C. s. 1029(a)(2)) by being a party to a conspiracy to vioate the statute, during which one or more parties engaged in an overt act; and 18 U.S.C. s. 2 (Aiding and Abetting).

Date: 10/28/2010

*Issuing officer's signature*

City and state:  Boston, Massachusetts    . Sorokin, United States Magistrate Judge
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  James Ronald Beaty

Known aliases:  James Ronald Beatty, Neal Beatty, Kenneth Beatty, Harold Byrd, James Neal, Calvin Turner

Last known residence:  3402 Markham Road, Greensboro, North Carolina 27405

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:  12/11/1949

Social Security number:  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

Height:  5'9"                                      Weight:  200 lbs.

Sex:  Male                                         Race:  Black

Hair:  Black                                       Eyes:  Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:  728791K11

Complete description of auto:

Investigative agency and address:  U.S. Secret Service (Special Agent Kristopher J. Rolfes)
10 Causeway St., Ste. #447, Boston, MA

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

Submit