UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 10-MJ-100-LTS |
| ) | |
| JAMES RONALD BEATY, a/k/a JAMES ) | |
| BEATTY, ) | |
|    Defendant ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, on the grounds that Defendant is being or has been arrested in another district and thus the need for secrecy has expired.

                                                                                                    Respectfully submitted,

                                                                                                    CARMEN M. ORTIZ
                                                                                                    United States Attorney

                                               By:     */s/ Scott L. Garland*
                                                               Scott L. Garland
                                                               Jamie L. Wacks
                                                               Assistant U.S. Attorneys

Date:  November 23, 2010